UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKIE WINSETT, and
DANA WINSETT,

        Case No.: 8:24-cv-00601-SDM-SPF

    Plaintiffs,

v.

REGIONS FINANCIAL CORPORATION,
a/k/a REGIONS BANK d/b/a
REGIONS MORTGAGE,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

**COMES NOW**, Plaintiffs, FRANKIE WINSETT and DANA WINSETT ("Plaintiffs"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiffs and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiffs and Experian will request that this matter be dismissed with prejudice.

Dated: June 4, 2024

1

Respectfully submitted,

**SWIFT LAW PLLC**
/s/ *Jon P. Dubbeld*
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff